# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03284-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

BRADLEY D. BROSWICK,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
RICK RAEMISCH, Executive Director,
COLORADO BOARD OF PAROLE,
JOHN O'DELL,
JOSE MOSALES,
UNKNOWN POLICY MAKERS,
STERLING P.O.,
COLORADO TIME COMPUTATION POLICY MAKERS,
STERLING CORRECTIONAL FACILITY, and
WARDEN, Unit 7 CM,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On December 3, 2014, Plaintiff Bradley D. Broswick submitted to the Court a pleading, tilted, "Toward's 42 U.S.C. § 1983 & Additional Statutes Request for Leave to Proceed Pursuant 28 U.S.C. § 1915 IFP," ECF No. 1.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.  Any papers that

Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing (account statement does not show deposits and expenditures)
(4) __ is missing certificate showing current balance in prison account
(5) __ is missing required financial information
(6) _X_ is missing authorization to calculate and disburse filing fee payments
(7) __ is missing an original signature by the prisoner
(8) _X_ is not on proper form
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) __ other:

**Complaint, Petition or Application**:
(11) __ is not submitted
(12) _X_ is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. __
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain a Prisoner Complaint form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form if desired (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms when curing the deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED December 4, 2014, at Denver, Colorado.

>                                  BY THE COURT:
>
>                                  s/ Gordon P. Gallagher
>                                  United States Magistrate Judge