**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03284-GPG

BRADLEY D. BROSWICK,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS,
RICK RAEMISCH, Executive Director,
COLORADO BOARD OF PAROLE,
JOHN O'DELL,
JOSE MOSALES,
UNKNOWN POLICY MAKERS,
STERLING P.O.,
COLORADO TIME COMPUTATION POLICY MAKERS,
STERLING CORRECTIONAL FACILITY, and
WARDEN, Unit 7 CM,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 1, 2015, this Court notified Mr. Broswick that the proper avenue to pursue his claims was to file an Application for Habeas Corpus relief pursuant to 28 U.S.C. § 2241 and allowed him an additional thirty days to file his application.  On April 6, 2015, Plaintiff filed a request to file an amendment to his complaint (ECF No. 15).  The Court will grant his request to the extent that it will allow Plaintiff up and until May 15, 2015 to comply with the April 1, 2015 Order and submit his claims on a proper Court-approved 2241 form used in filing habeas corpus applications.  The Clerk of Court is directed to send Plaintiff the appropriate 2241 form and instructions therefore.  If Plaintiff fails to comply within the time allowed the action will be dismissed without further notice.

Dated:  April 8, 2015