# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03284-GPG

**BRADLEY D. BROSWICK**,

    Appplicant,

v.

**RICK RAEMISCH**, Executive Director;

    Respondent.

## ORDER TO FILE PRELIMINARY/PRE-ANSWER RESPONSE

Applicant Bradley D. Broswick is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Logan County Detention Center in Sterling, Colorado.  Applicant has filed *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 challenging the execution of his sentences in 2005CR310 (Morgan County), 2006CR3036 (Adams County) and 2013CR85 (Logan County).

As part of the preliminary consideration of the Application in this case, the Court has determined that a limited Response is appropriate.  Because it is not clear whether the action is truly a 28 U.S.C. § 2241 action, which is a challenge to the execution of a sentence, or a challenge to the validity of Applicant's conviction and sentence, which is properly filed pursuant to 28 U.S.C. § 2254, the Court will direct the Respondents to brief this issue.

Respondents also are directed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts to address the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies that apply either to § 2254 actions or to § 2241 actions and procedural default. If Respondents do not intend to raise either of these affirmative defenses, Respondents must notify the Court of that decision in the Response.

In support of the Response, Respondents should attach as exhibits all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Response and provide any information that might be relevant to the classification of this action and the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies.  Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely habeas action in this Court as is necessary in response to Respondents' briefing regarding the classification of this action.  Accordingly, it is

**ORDERED** that **within twenty-one days from the date of this Order** Respondents shall file a Pre-Answer or Preliminary Response that complies with this Order.  It is

**FURTHER ORDERED** that **within twenty-one days of the filing of the Response** Applicant may file a Reply, if he desires.  It is

**FURTHER ORDERED** that if Respondents do not intend to raise either of the

affirmative defenses of timeliness or exhaustion of state court remedies, Respondents must notify the Court of that decision in the Response.  It is

**FURTHER ORDERED** that the Clerk of Court is directed to remit to Applicant $5.00.  Applicant paid $10.00 on May 4, 2015 (ECF No. 18).  The filing fee for a 2241 action is $5.00.  It is

**FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to the Business Office, Att: Inmate Accounts, at the Logan County Detention Center in Sterling, Colorado.  No further monies should be deducted from Mr. Broswick's account in regards to the filing fee for this action.

Dated:  May 14, 2015

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge